**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DIVISION OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In Re: | : | Case No.  06-51330 |
| Angela M Manning | | |
| 20001 Shirk Road | : | Chapter 13 |
| Marysville, Ohio 43040 | | |
| | : | Judge Hoffman |
| SSN(S): xxx-xx-6187 | | |

**NOTICE OF TRANSMITTAL OF UNCLAIMED FUNDS**

Now comes Frank M. Pees, Standing Chapter 13 Trustee herein, and pursuant to

11 U.S.C. 347(a) and Bankruptcy Rule 3011, places unclaimed funds into the Registry

Fund.


Dated: February 9, 2010                    /s/ Frank M. Pees
                                           Frank M. Pees
                                           Chapter 13 Trustee


| Name and Address | Amount |
|---|---|
| JOHN SIDDERS | 17.54 |
| 222 POWERS ST | |
| BELLEFONTAINE, OH 43311 | |