**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DIVISION OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In Re: | : | Case No.  06-51330 |
| Angela M Manning | | |
| 20001 Shirk Road | : | Chapter 13 |
| Marysville, Ohio 43040 | | |
| | : | Judge Hoffman |
| SSN(S): xxx-xx-6187 | | |

### NOTICE OF TRANSMITTAL OF UNCLAIMED FUNDS

Now comes Frank M. Pees, Standing Chapter 13 Trustee herein, and pursuant to 11 U.S.C. 347(a) and Bankruptcy Rule 3011, places unclaimed funds into the Registry Fund.


Dated: February 9, 2010                          /s/ Frank M. Pees
                                                 Frank M. Pees
                                                 Chapter 13 Trustee


| Name and Address | Amount |
|---|---|
| JOHN SIDDERS | 17.58 |
| 222 POWERS ST | |
| BELLEFONTAINE, OH 43311 | |