UNITED STATES BANKRUPTCY COURT
SOUTHERN DIVISION OF OHIO
EASTERN DIVISION

In Re: Angela M. Manning  :  Case #: 06-51330

: Chapter 13

: Judge Hoffman

### NOTICE OF TRANSMITTAL OF UNCLAIMED FUNDS

Now comes Frank M. Pees, Standing Chapter 13 Trustee herein, and pursuant to

11 U.S.C. 347(a) and Bankruptcy Rule 3011, places unclaimed funds into the

Registry Fund.

Dated: February 23, 2010  /s/ Frank M. Pees_____
Frank M. Pees
Chapter 13 Trustee

Name and Address                      Amount
JOHN SIDDERS                          $64.45
222 POWERS ST
BELLEFONTAINE OH 43311