**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DIVISION OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In Re: Angela M. Manning | : | Case #: 06-51330 |
| | : | Chapter 13 |
| | : | Judge Hoffman |

### NOTICE OF TRANSMITTAL OF UNCLAIMED FUNDS

Now comes Frank M. Pees, Standing Chapter 13 Trustee herein, and pursuant to 11 U.S.C. 347(a) and Bankruptcy Rule 3011, places unclaimed funds into the Registry Fund.

Dated: March 1, 2010

/s/ Frank M. Pees
Frank M. Pees
Chapter 13 Trustee

| **Name and Address** | **Amount** |
|---|---|
| JOHN SIDDERS<br>222 POWERS ST<br>BELLEFONTAINE OH 43311 | $113.80 |