**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DIVISION OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In Re: | : | Case #: 06-51330 |
| Angela M. Manning | | |
| | : | Chapter 13 |
| | : | Judge Hoffman |

**NOTICE OF TRANSMITTAL OF UNCLAIMED FUNDS**

Now comes Frank M. Pees, Standing Chapter 13 Trustee herein, and pursuant to 11 U.S.C. 347(a) and Bankruptcy Rule 3011, places unclaimed funds into the Registry Fund.

Dated: April 20, 2010                    /s/ Frank M. Pees
                                         Frank M. Pees
                                         Chapter 13 Trustee

| **Name and Address** | **Amount** |
|---|---|
| JOHN SIDDERS<br>222 POWERS ST<br>BELLEFONTAINE OH 43311 | $32.71 |